**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL L. CAMPBELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CIVIL NO. 03-4146-PMF** |
| ) | |
| **RIVER CITY CONSTRUCTION COMPANY,** ) | |
| ) | |
| Defendant/Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| **CONSOLIDATED ELECTRICAL & MECHANICALS, INC.,** ) | |
| ) | |
| Third Party Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**FRAZIER, Magistrate Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED: May 11, 2005.**                                                                     NORBERT G. JAWORSKI, CLERK


                                                                                                                        By: s/ Karen R. Metheney
                                                                                                                              Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**UNITED STATES MAGISTRATE JUDGE**